# IN THE ELEVENTH DISTRICT COURT OF APPEALS

| | | |
|---|---|---|
| ALFRED DAVIS and | ) | CASE No: 25-12094 |
| Minister Doctorate | ) | |
| MAURICE SYMONETTE | ) | |
| | ) | |
| | ) | |

        Appellants,

v.

**FEDERAL JUDGES JAQUELINE BECERRA, JUDGE JOSE E. MARTINEZ, FEDERAL MAGISTRATE JUDGE EDUARDO SANCHEZ, FLORIDA'S FEDERAL U.S. ATTORNEY GENERAL MARKENZY LAPOINTE, FLORIDA 'S FEDRAL ASSISTANT, US ATTORNEY JONATHAN BAILYN AND FLORIDA'S FEDERAL COURT REPORTER MARY ANN CASALE.**

DEFENDANTS

        Appellees,

_____/

## CERTIFICATE OF INTERESTED PERSONS

    I ALFRED DAVIS hereby disclose the following pursuant to this Court's Order on Interested Persons:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or

in the outcome of this action, including subsidiaries, conglomerates, affiliates, related to a party:

listed below. **M e m b e r s  o f** The Appellant's Party are also listed below. according to 11th circuit Rule 26.1-1(b).

DISCLOSURE OF JUDGES GENERAL PROVISIONS AND DISCOVERY PURSUANT TO RULE 26(a)(1)(A)1-5:

Federal Judge JOSE MARTINEZ Wilkie D. Ferguson, Jr. United States Courthouse 400 North Miami Avenue Room 10-1 Miami, Florida 33128 **Chambers** (305) 523-5590 Committed Fraud by allowing his Signature to be Forged as shown in our Emergency to Void Sale in Violation for Sanctions against U.S. Bank for Violating Federal Stay and willfull contempt in Violation of 28 U.S. Code SS 1446 (d) and to Void Sale because of Forgery and Fraud on the Docket for Case#23-cv-22640-JEM on 05/28/2024 he also has a Conflict of Interest with U.S. Bank in the amount of $250,000 shown in our Motion to Recuse on the same Docket on 07/15/2024. **No stock ticker, Nothing to be Affirmed.**

Federal Magistrate Judge EDUARDO SANCHEZ C. Clyde Atkins U.S. Courthouse 301 North Miami Avenue 6th floor Miami, Florida 33128 **Chambers** (305) 523-5890 has a Conflict of Interest with U.S. Bank totaling $330,000 shown on our Motion For Recusal on the Docket for case#23-cv-22640-JEM on 06/11/2024. **No stock ticker, Nothing to be Affirmed.**

U.S. BANK N.A.USB (US BANCORP) U.S. Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 Phone: 651-466-3000. Never brought in the proper documentation that Judge Zabel Ordered them to bring in back in 2007 as shown on the Docket for case#2007-12407-CA01 on 04/07/2009 They also failed to disclose PMI information.

Court Reporter MARY ANN CASALE 400 North Miami Avenue, #10-1, Miami, Florida 33128 Phone:305-523-5632 Email: MaryAnn_Casale@flsd.uscourts.gov.her Transcript was changed it excluded the Statement that Judge Martinez said which was I'm not doing that because you guys did not prove your case, you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis.

**No stock ticker, Nothing to be Affirmed.**

U.S. Attorney **Markenzy Lapointe** United States Attorney's Office

99 NE 4th St Miami, FL 33132-2131 Office: 305-961-9100 Email: markenzy.lapointe@usdoj.gov.

ISABELLE MARIE CARPBAJALES Holland & Knight LLP 701 Brickell Ave Ste. has Conflict of Interest in the amount of $2million in Mortgages and $615,000 in Cash from U.S. Bank

**No Stock ticker, Nothing to be Affirmed.**

Assistant U.S. Attorney Jonathan Bailyn United States Attorney's Office

500 S. Australian Ave. Ste 400 West Palm Beach, FL 33401-6209 Office: 561-209-1050 Email: jonathan.bailyn@usdoj.gov. Blackstone is partners with China and are the owners of us bank which is why Bailyn was supposed to have a FARA License. And we asked for Bailyn's Citizenship, cant get his Financial Statements. And they did not allow us to get a copy of the Transcript. And Bailyn lying along with Judge Martinez saying we cannot have a copy of the audio. They had no search warrant in violation of Federal Rules of criminal procedure 41.

No Stock ticker, Nothing to be Affirmed.

## RELIEF SOUGHT

This case be dismissed with Prejudice based on lack of jurisdiction.

### Oath and Affirmation

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 28th day of May 2025.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

ALFRED DAVIS
627 SOUTHRIDGE RD.
DELRAY BEACH FL. 33444

NEXT FRIEND